# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-06670-SK | Date | May 11, 2021 |
|---|---|---|---|
| Title | Brian Whitaker v. 6324 Hollywood Associates, LLC et al | | |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None present  None present

**Proceedings:** (IN CHAMBERS) JUDGMENT

Based on Plaintiff's notice of indication of mootness (ECF 56), judgment is hereby entered dismissing this action without prejudice. Except as otherwise ordered, all parties must bear their own costs and expenses.

IT IS SO ORDERED.